Eric X Murillo #2421718
5555 Giants Hwy
Richmond, CA 94806

1  United States District Court
2  Northern District of California
3
4  Eric X Murillo
5      Plaintiff,
6   - v -                                           1983 Civil Claim
7  Sergeant Smally                      Case No. 25-cv-7031-RFL
8  Americans With Disabilities Act (ADA) employees
9  sued in their official capacities,
10      Defendants.
11
12                  Introduction
13   This is a civil rights action by Eric X Murillo,
14 an inmate of Contra Costa County, for damages and
15 injunctive relief under 42 U.S.C. § 1983, discriminate
16 against individual with disabilities and denial of ADA
17 shower in violation of the Eighth Amendment to
18 the United States Constitution.
19                  Jurisdiction
20   1.) The Court has jurisdiction over the plaintiff's
21 claims of violation of federal constitutional rights
22 under 42 U.S.C. §§ 1331(1) and 1343.
23   2.) The Court has supplemental jurisdiction over
24 the plaintiff's state law tort claims under 28
25 U.S.C. § 1367.
26                  Parties
27   3.) The plaintiff, Eric X Murillo has been
28 incarcerated since 6/9/24 in Contra Costa

1. County in both Martinez Detention Facility (MDF)
2. and West County Detention Facility (WCDF) during
3. the events described in this complaint.
4.     4.) Defendant Smally is a Sergeant at WCDF. He
5. is sued in his individual and official capacity.
6.     5.) Defendant ADA is a group of employees
7. of Contra Costa County that works to not
8. discriminate agaist inmates with disabilities
9. and was created by legisators to be a law.
10. They is sued in there official capacity.

                    Facts
12.     6.) On July 11, 2025, the plaintiff was moved
13. to building 4 because of remodling.
14.     7.) Since building 4 was used to confinement
15. in segregation there ADA shower is in a
16. section that is called the bubble that is
17. "off limits".
18.     8.) That same day the plaintiff wrote to ADA
19. that the deputies refusing him to shower in the
20. ADA shower.
21.     9.) On July 14, 2025 Deputy Winter from ADA
22. brings a blue slip to use the ADA shower and
23. states "it is" in the computer system if you have
24. any problems.
25.     10.) Later that day the plaintiff was refuse
26. to shower in the ADA shower by Deputy Mojadidi
27. and had his blue slip in hand.
28.     11.) On July 15, 2025 and July 16, 2025 plaintiff

1. had no problem and shower in the ADA shower.
2. 12) On July 17, 2025 the plaintiff was refuse
3. to shower in the ADA shower by Deputy Mojadidi
4. again even when showed him the blue slip and called
5. Sgt. Smally but he also said no.
6. 13) The plaintiff wrote two grievance. One to
7. ADA and the other one to the custody service bureau.
8. 14.) Around 10pm, Sgt. Smally went to yell at the
9. plaintiff and said the ADA shower is closed and I
10. can move you to MDF if this is a problem.
11. 15.) On July 18, 2025 the plaintiff came back
12. from court and stopped by Deputy Harper to sit
13. and wait for ADA. He made a comment to another
14. Deputy that is classification "this wouldn't be a
15. problem if we move more to MDF.
16. 16) When Deputy Saif from ADA came
17. she said "you have two choices move to MDF or shower
18. in the regular shower". Plaintiff said MDF is a high
19. risk facility that is a 23 hour lockdown facility
20. and this is discrimination. She said it to accomidate
21. you. The plaintiff said this is not accomidating me
22. and this is discrimination. He stayed at WCDF since
23. there is free time there.
24. 17.) When the plaintiff got back to his cell
25. all of his belonging were in garbage bags.
26. 18.) The next day the grievances came back.
27. Sgt. Smally said per facility commander the bubble
28. is to remain closed. He will talk to classification

to move to "MDF to accomidate you".

19.) A few days later he seen inmate showering in the ADA shower. Plaintiff does not remember the day, but there is cameras in this location.

## Relief Requested

WHEREFORE, plaintiff requests that the court grant the following relief:

A.) Issue a declaratory judgement stating that:
 1.) The discrimination of the plaintiff by defendant Smally and ADA violated the plaintiff's rights under the Eighth Amendment to the United States Constitution.

B.) Issue an injunction ordering defendents Smally and ADA
 1.) Immediately arrange for the ADA shower to be open.

C.) Issue an injunction ordering defendent Smally to:
 1.) Immediately stop targeting and harassing the plaintiff.
 2.) Expunge the disciplinary complaint defendent Smally wrote on plaintiff's record.
 3.) Record every incounter with plaintiff

D.) Award compensatory damages in the following amounts:
 1.) $100,000 jointly and severally against defendent Smally for emotional injury for discriminating against disabilities.

2.) $1,000,000 jointly and severally against defendant ADA for physical and emotional injury resulting from their failure to provide adequate care to the plaintiff.

E.) Award punitive damages in the following amounts:
1.) $25,000 against defendant Smally
2.) $250,000 against defendant ADA

F.) Grant such other relief as it may appear that plaintiff is entitled.

August 11, 2025

Respectfully Submitted,

*Eric X Murillo* (signature)

Eric X Murillo