UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC X. MURILLO,<br>Plaintiff,<br>v.<br>CONTRA COSTA COUNTY, et al.,<br>Defendants. | Case No. 25-cv-07031-RFL<br><br>**ORDER**<br>Re: Dkt. No. 25 |

Eric Murillo, a detainee at West County Detention Facility, proceeding *pro se*, filed a complaint pursuant to the Americans with Disabilities Act (ADA) and 42 U.S.C. § 1983. The Court ordered service of the amended complaint for Plaintiff's ADA claim solely as to Defendants Contra Costa County and the Contra Costa County Sheriff's Department (the "County Defendants"). (Dkt. No. 12 at 6.) Plaintiff's claim of retaliation against Defendant Smally was dismissed with leave to amend. Plaintiff filed a supplemental complaint with new allegations against Smally and a new Defendant. (Dkt. No. 19.) The Court reviewed the supplemental complaint and dismissed Smally and the new Defendant with prejudice without leave to amend for failure to state a claim. (Dkt. No. 24.) The operative complaint against the County Defendants remained the original amended complaint (Dkt. No. 11). The County Defendants filed a motion to dismiss the amended complaint on June 11, 2026. (Dkt. No. 21.) Plaintiff was ordered to file an opposition by August 28, 2026. (Dkt. No. 24 at 2.) Plaintiff has filed a motion for leave to file a second amended complaint. (Dkt. No. 25.)

The proposed second amended complaint presents new allegations against Smally and additional information regarding the original ADA claim. Smally was dismissed with prejudice from this action without leave to amend; therefore, the Court will not review any further

allegations against him involving these events. With respect to the new allegations concerning the ADA claim against the County Defendants, the motion to dismiss has not been adjudicated, and the Court is still waiting for Plaintiff's opposition. It would be unfair to allow amendment to those allegations in the midst of adjudicating that motion. If the motion to dismiss is granted, the Court will determine whether amendment will be permitted in its order on that motion. On the other hand, if the motion to dismiss is denied, and Plaintiff still seeks to further amend his ADA claim, Plaintiff may seek leave at that time. The motion to file an amended complaint (Dkt. No. 25) is thus DENIED. Plaintiff must still file an opposition, or a notice of non-opposition, to the motion to dismiss by August 28, 2026. The Clerk shall terminate Dkt. No. 25.

**IT IS SO ORDERED.**

Dated: August 17, 2026

RITA F. LIN
United States District Judge